Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIMIZU CHEMICAL CORPORATION, a Japanese Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTHWEST FROZEN, LLC, a Washington Limited Liability Company,<br><br>  Defendant. | No. 2:23-cv-00087-KKE<br><br>**STIPULATED MOTION TO DISMISS AND ORDER** |

In settlement of this matter, the Parties have entered into a Manufacturing, Supply and Settlement Agreement (the "Agreement"). Pursuant to the terms of the Agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action should be dismissed in its entirety (including all claims and counterclaims) with prejudice, with each party bearing its own attorneys' fees and costs. Notwithstanding the foregoing, nothing in this stipulation shall have the effect of waiving any claims arising from the Agreement or modify the terms, conditions, or obligations in the Agreement.

*Stipulated Motion to Dismiss and Order - 1*
*(2:23-cv-00087-KKE)*

DATED this 8th day of May 2024.

| | |
|---|---|
| HILLIS CLARK MARTIN & PETERSON P.S. | ARNOLD JACOBOWITZ & ALVARADO PLLC |
| By  s/ *Michael J. Ewart*<br>Michael J. Ewart, WSBA #38655<br>Michael E. Schmidt, WSBA #56883<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>(206) 623-1745<br>jake.ewart@hcmp.com<br>michael.schmidt@hcmp.com<br><br>Jason M. Kerr (admitted *Pro Hac Vice*)<br>Ronald F. Price (admitted *Pro Hac Vice*)<br>PRICE PARKINSON & KERR, PLLC<br>5742 West Harold Gatty Drive, Suite 101<br>Salt Lake City, Utah 84116<br>(801) 530-2900<br>jasonkerr@ppktrial.com<br>ronprice@ppktrial.com | By  s/ *Nathan J. Arnold*<br>Nathan J. Arnold, WSBA No. 45356<br>8201 164th Ave NE, Ste. 200<br>Redmond, WA 98052<br>(206) 799-4221<br>Nathan@CAJLawyers.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

*Stipulated Motion to Dismiss and Order - 2*
*(2:23-cv-00087-KKE)*

**ORDER**

The parties' stipulated motion to dismiss (Dkt. No. 26) is GRANTED, and this action is hereby DISMISSED with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 8th day of May, 2024.

Kymberly K. Evanson
United States District Judge